USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARGARET WEINBERG,
            Plaintiff,

v.

DUTCHESS COUNTY SHERIFF ADRIAN H.
ANDERSON, DEPUTY SHERIFF AARON
MALONE, THE COUNTY OF DUTCHESS,
and DEPUTY SHERIFF RUSSELL NICHOLS,
            Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 293 (VB)

      The Court has been advised that the parties have settled this case. (Doc. # 32). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 28, 2022. To be clear, any application to restore the action must be filed by July 28, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.

      The Clerk is instructed to close this case.

Dated: June 28, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge